JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
CHRISTIAN ESPINOSA SIERRA

### DEFENDANTS
ATLANTIC HOUSING PARTNERS, LLLP

**(b)** County of Residence of First Listed Plaintiff: Seminole
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
The Law Office of Matthew Birk, LLC, 309 NE 1st St., Gainesville, FL 32601 (352) 244-2069

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION
[x] 3 Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
*(For Diversity Cases Only)*

## IV. NATURE OF SUIT
(Not marked in contract/torts sections visible; marked: 751 Family and Medical Leave Act)

## V. ORIGIN
[x] 1 Original Proceeding

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing: FMLA
Brief description of cause: Wrongful termination

## VII. REQUESTED IN COMPLAINT:
JURY DEMAND: [x] Yes [ ] No

DATE: 10/21/2020
SIGNATURE OF ATTORNEY OF RECORD: /s/ MtWk