# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| CHRISTIAN ESPINOSA SIERRA, | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO: 6:20-CV-01973 |
| ATLANTIC HOUSING PARTNERS, L.L.L.P., | ) |
| Defendant. | ) |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, CHRISTIAN ESPINOSA SIERRA and ATLANTIC HOUSING PARTNERS, L.L.L.P. hereby submit this Joint Stipulation for Dismissal with Prejudice, on the grounds that the parties have entered into and executed a Confidential Settlement Agreement and General Release, whereby all of the pending claims in this Action have been compromised and fully resolved. Accordingly, each party shall bear their own attorneys' fees and costs.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

DATED this 11th day of October, 2021.

        Respectfully submitted,

| | |
|---|---|
| THE LAW OFFICE OF<br>MATTHEW BIRK<br>309 NE 1st Street<br>Gainesville, FL 32601<br>Telephone: (352) 244-2069<br><br>By: */s/ Matthew W. Birk*<br>Matthew W. Birk<br>Florida Bar No. 92265<br>mbirk@gainesvilleemploymentlaw.com<br><br>Attorneys for Plaintiff | JACKSON LEWIS P.C.<br>390 North Orange Avenue, Suite 1285<br>Orlando, Florida 32801<br>Telephone:  (407) 246-8440<br><br>By: */s/ Joanne B. Lambert*<br>Joanne B. Lambert<br>Florida Bar No. 0899062<br>joanne.lambert@jacksonlewis.com<br><br>Amy G. Fudenberg<br>Florida Bar No. 1011312<br>amy.fudenberg@jacksonlewis.com<br><br>Attorneys for Defendant |

4820-3448-2684, v. 1